EDWARD H. KUBO, JR.        2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI       2286
Chief, Narcotics Section

MICHAEL K. KAWAHARA        1460
Assistant U. S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 51083
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff United States
of America

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 2 2 2004

at 3 o'clock and 53 min. P M.
WALTER A.Y.H. CHINN, CLERK

LODGED

NOV 1 7 2004
CLERK, U. S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-0039DAE-01 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL AS TO |
| | ) | DEFENDANT JONG YUP BAIK; |
| | ) | EXHIBIT "1" |
| JONG YUP BAIK,        (01) | ) | |
| CHUBBY'S STORE, INC.,  (02) | ) | |
| doing business as | ) | |
| Chubby's Pantry", | ) | |
| | ) | |
| Defendants. | ) | |

ORDER FOR DISMISSAL AS TO DEFENDANT JONG YUP BAIK

Pursuant to Rule 48(a) of the Federal Rules of Criminal

Procedure and by leave of Court endorsed hereon, the United

States Attorney for the District of Hawaii hereby dismisses the

Indictment returned January 21, 2004 against defendant JONG YUP

BAIK.

As evidenced by the appended Death Certificate issued by the

State of Hawaii (marked as Exhibit "1" and provided to the

undersigned by Baik's counsel of record), this defendant died on

May 15, 2004.

DATED:  Honolulu, Hawaii, ___NOVEMBER 16___, 2004.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By _____
MICHAEL K. KAWAHARA
Assistant U.S. Attorney

Leave of Court is granted for the filing of the foregoing
dismissal against defendant Jong Yup Baik.

DAVID ALAN EZRA

_____
DAVID A. EZRA
CHIEF U.S. DISTRICT JUDGE

United States v. Jong Yup Baik and Chubby's Store, Inc.
Cr. No. 04-0039DAE-01
Order for Dismissal

copies:    United States Marshal
           U.S. Drug Enforcement Administration
           Richard H.S. Sing, Esq. (Attorney for defendant)

STATE OF HAWAII
DEPARTMENT OF HEALTH
OFFICE OF HEALTH STATUS MONITORING

# CERTIFICATE OF DEATH

STATE
FILE NO. **151**

| 1. DECEASED — FIRST NAME | MIDDLE NAME | | LAST NAME | 2. SEX | 3. DATE OF DEATH (MONTH, DAY, YEAR) |
|---|---|---|---|---|---|
| JONG YUP | | | BAIK | Male | May 15, 2004 |

| 4a. RACE | | 4b. IS PERSON OF SPANISH ORIGIN? 1 ☐ Puerto Rican  2 ☐ Mexican  3 ☐ Cuban 4 ☐ Central-S. American 5 ☐ Other & Unknown Spanish Origin | 5a. AGE—LAST BIRTHDAY (Years) | 5b. UNDER 1 YR. | 5c. UNDER 1 DAY | 6. DATE OF BIRTH (MONTH, DAY, YEAR) | 7a. COUNTY OF DEATH |
|---|---|---|---|---|---|---|---|
| Korean | 08 | NO.6 X | 45 | MOS. DAYS | HOURS MIN. | June 15, 1958 | Honolulu |

| 7a-1. ISLAND OF DEATH | 7b. CITY, TOWN OR LOCATION OF DEATH | 7c. HOSPITAL OR OTHER INSTITUTION NAME (IF NOT IN EITHER, GIVE STREET AND NUMBER) | 7d. IF HOSP. OR INST. INDICATE DOA, OP/EMER. RM., INPATIENT (SPECIFY) |
|---|---|---|---|
| Oahu | Honolulu | Kaiser Foundation Hospital | Emergency Room |

| 8. STATE OF BIRTH (IF NOT IN U.S.A., NAME COUNTRY) | 9. CITIZEN OF WHAT COUNTRY | | 10. MARRIED, NEVER MARRIED, WIDOWED, DIVORCED (SPECIFY) | 11. SURVIVING SPOUSE (IF WIFE, GIVE MAIDEN NAME) | 12. WAS DECEDENT EVER IN U.S. ARMED FORCES? (Specify Yes or No) |
|---|---|---|---|---|---|
| Korea | Korea | 75 | Married | In Soon Yum | No |

| 13. SOCIAL SECURITY NUMBER | 14a. USUAL OCCUPATION (GIVE KIND OF WORK DONE DURING MOST OF WORKING LIFE, EVEN IF RETIRED) | | 14b. KIND OF BUSINESS OR INDUSTRY | | 14c. EDUCATION (Specify highest grade completed) |
|---|---|---|---|---|---|
| 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 | Owner | 43 | Retail Liquor Sales | 650 | 12 |

| 15a. RESIDENCE-STATE | 15b. COUNTY | 15c. CITY, TOWN OR LOCATION | 15d. INSIDE CITY LIMITS (SPECIFY YES OR NO) | 15e. NUMBER, STREET AND ZIP |
|---|---|---|---|---|
| Hawaii | Honolulu | Honolulu | Yes | 3075 Ala Poha Place, #609  96818 |

| 16. FATHER — FIRST NAME | MIDDLE NAME | | LAST NAME | 17. MOTHER — FIRST NAME | | MIDDLE NAME | MAIDEN NAME |
|---|---|---|---|---|---|---|---|
| Kong Il | | | Baik | Bong Duk | | | Kim |

| 18a. INFORMANT — NAME | 18b. MAILING ADDRESS (STREET OR P.O. BOX, CITY OR TOWN, STATE, ZIP) |
|---|---|
| In Soon Baik | — 3075 Ala Poha Place, #609, Honolulu, Hawaii  96818 |

| 19a. BURIAL, CREMATION, REMOVAL (SPECIFY) | 19b. CEMETERY OR CREMATORY-NAME | | 19c.LOCATION | CITY OR TOWN | STATE |
|---|---|---|---|---|---|
| Burial | Hawaiian Memorial Park Cemetery | | | Kaneohe | Hawaii |

| 19d. DATE (MONTH, DAY, YEAR) | 19e. PERMIT NUMBER | 20a. FUNERAL HOME--NAME | 20b. FUNERAL DIRECTOR--SIGNATURE |
|---|---|---|---|
| May 24, 2004 | #2758 | HOSOI GARDEN MORTUARY, INC. | _Lynn Yamasaki_ |

| | 21a. To the best of my knowledge, death occurred at the time, date and place and due to the cause(s) and circumstances stated and described below (items #21b through #27g where applicable) *(Signature and Title)* ▶ | | | 22a. On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) and circumstances stated and described below (items #22b through #27g where applicable) *(Signature and Title)* ▶ | |
|---|---|---|---|---|---|
| To be completed by CERTIFYING PHYSICIAN ONLY | 21b. DATE SIGNED (MO., DAY, YR.) | 21c. TIME OF DEATH | To be completed by MEDICAL EXAMINER or CORONER / PHYSICIAN ONLY | 22b. DATE SIGNED (MO., DAY, YR.) May 17, 2004 | 22c. TIME OF DEATH 5:54 a M |
| | 21d. NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (TYPE OR PRINT) | M | | 22d. PRONOUNCED DEAD (MO., DAY, YR.) on May 15, 2004 | 22e. PRONOUNCED DEAD (TIME) at 5:54 a M |
| | 23. NAME AND ADDRESS OF CERTIFIER (PHYSICIAN, MEDICAL EXAMINER OR CORONER) (TYPE OR PRINT) William W. Goodhue, Jr., M.D., 835 Iwilei Road, Honolulu, Hawaii 96817 | | | | |

| 24a. REGISTRAR - SIGNATURE | 24b. DATE RECEIVED BY LOCAL REGISTRAR | 24c. DATE FILED BY STATE REGISTRAR |
|---|---|---|
| _K. Lavanas_ | MAY 1 9 2004 | MAY 1 9 2004 |

PART I. DEATH WAS CAUSED BY:    ENTER ONLY ONE CAUSE PER LINE FOR (a), (b), AND (c)

| 25. CONDITIONS, IF ANY, WHICH GAVE RISE TO IMMEDIATE CAUSE (a), STATING THE UNDERLYING CAUSE LAST | IMMEDIATE CAUSE (a) **Probable arteriosclerotic cardiovascular disease** | APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH |
|---|---|---|
| | DUE TO, OR AS A CONSEQUENCE OF: (b) | |
| | DUE TO, OR AS A CONSEQUENCE OF: (c) | |

PART II. OTHER SIGNIFICANT CONDITIONS: CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I (a)

| | 26a. AUTOPSY (YES OR NO) No |
|---|---|
| | 26b. IF YES, WERE FINDINGS CONSIDERED IN DETERMINING CAUSE OF DEATH? |

| 27a. ACCIDENT, SUICIDE, HOMICIDE, OR UNDETERMINED (SPECIFY) | 27b. DATE OF INJURY (MONTH, DAY, YEAR) | 27c. TIME OF INJURY | 27d. DESCRIBE HOW INJURY OCCURRED |
|---|---|---|---|
| | | | |

| 27e. INJURY AT WORK? (SPECIFY YES OR NO) | 27f. PLACE OF INJURY- AT HOME, FARM, STREET, FACTORY, OFFICE BLDG., ETC (SPECIFY) | |
|---|---|---|
| | | |

27g. LOCATION (STREET OR R.F.D. NO., CITY OR TOWN, STATE)

MAY 2 4 2004

# EXHIBIT 1

I CERTIFY THIS IS A TRUE COPY OR
ABSTRACT OF THE RECORD ON FILE IN
THE HAWAII STATE DEPARTMENT OF HEALTH

_Alvin T. Onaka, Ph.D._

STATE REGISTRAR