IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MA 04-0018 KSC |
| Plaintiff(s), | ) | CR 04-39 |
| vs. | ) | Passport - Republic of Korea |
| Jong Yup Baik, | ) | |
| Defendant(s). | ) | |

### NOTICE AND RECEIPT OF PASSPORT

Pursuant to Order of Court by Kevin S. C. Chang United States Magistrate Judge in the above-entitled case, Passport Number HL0016923 issued at Honolulu, Hawaii, on November 7, 1996 to the above-named defendant, was surrendered to the custody of the Clerk of court on January 8, 2004 and the defendant is not to apply for the issuance of a passport during the pendency of this action. The subject passport bears the following additional information regarding the bearer:

Date of Birth:    June 15, 1958

Place of Birth:    Korea

Dated at Honolulu, Hawaii on January 8, 2004.

WALTER A.Y.H. CHINN, Clerk

By: _____
Deputy Clerk

---

This will acknowledge receipt of Passport Number previously surrendered to the Court pursuant to a prior Order of Court.

Date: X 1/25/06          Signature: X _____ Jon
                                    Owner of Passport
                                    for Jong Yup Baik

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
JAN 25 2006
at 2 o'clock and 05 min. P M
SUE BEITIA, CLERK

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
JAN 0 8 2004
at 2 o'clock and 10 min. P. M.
WALTER A.Y.H. CHINN, CLERK